1   JOSEPH SCHLESINGER, CA Bar #87692
    Acting Federal Defender
2   ANDRAS FARKAS, CA Bar #254302
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   SHENANDOAH J. HOBBS

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )   NO.  .  6:12-mj-00072 MJS
                                       )
12                Plaintiff,           )   STIPULATION FOR CONTINUANCE OF
                                       )   STATUS CONFERENCE HEARING;
13        v.                           )   ORDER
                                       )
14  SHENANDOAH J. HOBBS,               )   Date:  March 5, 2013
                                       )   Time:  10:00 A.M.
15                Defendant.           )   Magistrate Judge:  Michael J. Seng
                                       )
16  _____   )

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19  respective attorneys, that the status conference hearing in the above-referenced matter which is now set for

20  February 12, 2013, **may be continued to March 5, 2013, at 10:00 A.M.**

21        This continuance is requested by counsel for the defendant.  Mr. Hobbs is charged with driving on

22  a suspended license. He anticipates receiving funds within the next two weeks which will allow him to pay

23  his fines and obtain a California Driver's License.  The requested continuance will allow defendant time to

24  make the necessary arrangements to complete obtaining his license prior to the time set for hearing.

25  ///

26  ///

27  ///

28  ///

1   The requested continuance will conserve time and resources for both counsel and the court.  The

2   government does not object to this request.

3                                                    BENJAMIN B. WAGNER
                                                     United States Attorney
4

5   DATED:  February 11, 2013                         /s/ Susan St. Vincent
                                                     SUSAN ST. VINCENT
6                                                    Acting Legal Officer
                                                     National Park Service
7

8

9                                                    JOSEPH SCHLESINGER
                                                     Acting Federal Defender
10

11  February 11, 2013                                /s/ Andras Farkas
                                                     ANDRAS FARKAS
12                                                   Assistant Federal Defender
                                                     Attorney for Defendant
13                                                   SHENANDOAH J. HOBBS

14

15

16                                  ORDER

17          The Court, having reviewed the above request for a continuance of the status conference currently

18  set for February 12, 2013 and finding good cause therefore,  HEREBY ORDERS AS FOLLOWS:

19          The status conference in the above entitled matter (U.S. V. Hobbs,6:12mj72) shall be

20          continued to March 5, 2013 at 10:00 a.m., at the Yosemite Court.

21

22  IT IS SO ORDERED.

23  Dated:   February 11, 2013          /s/ Michael J. Seng
                                        UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28